IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON ABADI,        : | |
|     Plaintiff,        : | |
| : | |
| v.        : | CIVIL ACTION NO. 22-CV-2854 |
| : | |
| TARGET CORPORATION, *et al.*,        : | |
|     Defendants.        : | |

**ORDER**

AND NOW, this 8th day of August, 2022, upon consideration of Plaintiff Aaron Abadi's Motion for Reconsideration (ECF No. 9), it is **ORDERED** that the Motion is **DENIED** because it states no actual grounds upon which reconsideration would be warranted and does not contain a hand placed signature as required by Federal Rules of Civil Procedure 11.[1]

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, J.**

---

[1] Abadi's "Motion" is only a cover email stating "Please file this Motion" but no motion is attached to the email. Also, Abadi has been previously told that all pleadings he submits must be handsigned to comply with Rule 11 and his email "Motion" contains only an electronic signature.