## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AARON ABADI,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TARGET CORPORATION,** | : | |
| **Defendant.** | : | **NO. 22-cv-02854** |

## <u>ORDER</u>

**AND NOW**, this 29th day of August 2022, upon consideration of Plaintiff's Motion to File Electronically (ECF No. 3), it is hereby ORDERED that the Motion (ECF No. 3) is **GRANTED**.

Pursuant to Local Civil Rule 5.1.2, subsection 4(b), it is hereby **ORDERED** that Aaron Abadi is granted permission to file electronically on CM/ECF for *this case only*.  Aaron Abadi is **DIRECTED** to promptly create a PACER account, and to visit this court's website for detailed instructions[1] on how to request access to file electronically with the Eastern District of Pennsylvania.  Aaron Abadi is reminded that, pursuant to Local Civil Rule 5.1.2, subsection 4(c), by becoming a registered ECF user he is consenting to make and receive electronic service of all documents filed in this case.

**IT IS FURTHER ORDERED** that Aaron Abadi is **DIRECTED** to review and comply with all local civil rules[2] pertaining to electronic filing.

BY THE COURT:
/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**

---

[1] Instructions are available on the court website on the NextGen CM/ECF page, under the Programs and Services tab:  https://www.paed.uscourts.gov/nextgen-cmecf.

[2] The Local Civil Rules and Standing Orders of the Court are available on the court website on the Local Rules, Standing and Administrative Orders page, under the Court Info tab: https://www.paed.uscourts.gov/documents2/local-rules.