IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON ABADI, | : |
|    Plaintiff, | : |
| | : |
| v. | :   NO. 22-CV-2854 |
| | : |
| TARGET CORPORATION, *et al.*, | : |
|    Defendants. | : |

**O R D E R**

**AND NOW,** this **9th** day of **January 2023**, upon consideration of Defendant's Motion to Dismiss (ECF No. 23), Plaintiff's Response (ECF No. 25), and Defendant's Reply (ECF No. 26), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's Motion to Dismiss is **GRANTED** and the case is dismissed with prejudice.

The Clerk of Court is hereby **ORDERED** to close the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**