# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON ABADI,          : | |
|      Plaintiff,           : | |
|                              : | |
|      v.                     : | NO. 22-CV-2854 |
|                              : | |
| TARGET CORPORATION, *et al.*,  : | |
|      Defendants.     : | |

## O R D E R

**AND NOW,** this 13th day of October 2023, upon consideration of Defendant Target Corporation's Motion for Judgment on the Pleadings (ECF No. 38), Plaintiff Aaron Abadi's Response in Opposition (ECF No. 39), Defendant Target Corporation's Reply (ECF No. 40), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion (ECF No. 38) is **GRANTED** and Plaintiff's PHRA claim is **DISMISSED** with prejudice.

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**